IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., <br> PFIZER PHARMACEUTICALS, LLC, <br> PFIZER IRELAND PHARMACEUTICALS, <br> PFIZER LIMITED, and <br> C.P. PHARMACEUTICALS INTERNATIONAL C.V., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | Civil Action No. 10-85-LPS |

## STIPULATED CONSENT ORDER

WHEREAS, Plaintiffs Pfizer Inc., Pfizer Pharmaceuticals, LLC, Pfizer Ireland Pharmaceuticals, Pfizer Limited, and C.P. Pharmaceuticals International C.V. and Counterclaim Defendants Warner-Lambert Company and Warner-Lambert Company LLC (collectively "Pfizer") and Defendant Mylan Pharmaceuticals Inc. ("Mylan") are parties to a litigation relating to U.S. Patent No. 5,969,156 and its Re-examination Certificate, U.S. Patent No. 6,455,574, U.S. Patent No. 5,686,104, and U.S. Patent No. 6,126,971 (the "Action");

WHEREAS, PFIZER and MYLAN have entered into an Agreement, dated as of January 24, 2011 ("Caduet Agreement"), pursuant to which the parties have resolved this Action; and

NOW, THEREFORE, Pfizer and Mylan, subject to approval of this Court, stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(2) that:

1. All claims and counterclaims in this action are dismissed without prejudice, each Party to bear its own costs, expenses and attorneys' fees in conjunction with this Action;

2. The said dismissal shall not operate as an adjudication on the merits;

3. The Protective Order entered by the Court in this action shall remain in full force and effect notwithstanding the dismissal by the Court of this Action;

4. The parties expressly waive any right of appeal from this Order;

5. The Court reserves jurisdiction over the Order in the event of any dispute concerning it.

Dated: January 27, 2011

| | |
|---|---|
| /s/ Rudolf E. Hutz | /s/ Matt Neiderman |
| Rudolf E. Hutz (#484) | Matt Neiderman (#4018) |
| Jeffrey B. Bove (#998) | DUANE MORRIS |
| Mary W. Bourke (#2356) | 1100 North Market Street, Suite 1200 |
| Daniel C. Mulveny (#3984) | Wilmington, DE 19801-1246 |
| CONNOLLY BOVE LODGE & HUTZ LLP | (302) 657-4920 |
| 1007 N. Orange Street | mneiderman@duanemorris.com |
| Wilmington, DE 19899 | |
| (302) 658-9141 | *Attorneys for Defendant* |
| rhutz@cblh.com | |
| | |
| *Attorneys for Plaintiffs and Counterclaim Defendants* | |

**SO ORDERED** this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

4186417_1